```
ROBERT L. SWEENEY, ESQ.
141 Main Street, 2nd Floor
Hackensack, NJ 07601
Tel: 201-488-0182
Attorney for Debtor(s) (RS1174)
---------------------------x  UNITED STATES BANKRUPTCY COURT
IN RE:                      : DISTRICT OF NEW JERSEY
                            :
SILVIA ZONANA               : CASE NO: 17-28784-SLM
                            : CHAPTER 13
                            :
              Debtor(s):     HEARING DATE:
---------------------------
```

Silvia Zonana, of full age hereby certify as follows:

1. I am the debtor in the above referenced matter.
2. I inadvertently and by mistake paid in the sum of $5430.00 as a plan/arreage payment. This amount was an overpayment as the amount due including arrears was $1750.02. The overage amount was $3679.98 ($3129.88 after November plan payment was applied).
3. The source of the funds paid to the Chapter 13 trustee was my regular employment as the funds were to be used to pay my monthly mortgage.
4. My current employer agreed to advance funds on my salary to pay November mortgage and my regular salary will allow me to keep current on my mortgage going forward.

5. I hereby certify that the above statements are true and correct. I am aware that if the above statements are willfully false I am subject to punishment.

Dated:  November 4, 2021          /s/Silvia Zonana