**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Silvia Zonana<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9001<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  17–28784–SLM | | |

# Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Silvia Zonana
> aka Silvia Alweiss, aka Silvia Zonana Alweiss

11/10/22                                                      **By the court:** <u>Stacey L. Meisel</u>
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                             Case No. 17-28784-SLM

Silvia Zonana                                                                                                                             Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                          User: admin                                                     Page 1 of 3

Date Rcvd: Nov 10, 2022                                 Form ID: 3180W                                   Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Silvia Zonana, 123 E Palisade Ave, Apt B, Englewood, NJ 07631-3087 |
| cr | + | JPMorgan Chase Bank, National Association, McCalla Raymer Leibert Pierce, LLC, 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| cr | + | Palisades Place Condominium Association, Inc., Attn: Selden Dickinson, 140 E. Ridgewood Ave. Ste. 415, Paramus, NJ 07652-3915 |
| 517069041 | | CAP1/Saks, 3455 Highway 80 W, Jackson, MS 39209-7202 |
| 517069051 | | JPMorgan Chase Bank, c/o Buckley Madole, 99 Wood Ave S Ste 803, Iselin, NJ 08830-2713 |
| 517069055 | + | Palisade Place Condominium Assoc, Attn: Selden Dickinson, Access Property Mgmt., LLC, 140 E Ridgewood Ave., Ste.415, Paramus, NJ 07652-3915 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2022 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2022 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: JPMORGANCHASE | Nov 11 2022 01:53:00 | Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| cr | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 10 2022 21:05:00 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, P. O. Box 9013, Addison, TX 75001-9013 |
| cr | + | EDI: RMSC.COM | Nov 11 2022 01:53:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517069042 | | EDI: CAPITALONE.COM | Nov 11 2022 01:53:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517283368 | + | EDI: BASSASSOC.COM | Nov 11 2022 01:53:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 517069044 | | EDI: WFNNB.COM | Nov 11 2022 01:53:00 | Comenity Bank/Cathrins, PO Box 182789, Columbus, OH 43218-2789 |
| 517069045 | | EDI: WFNNB.COM | Nov 11 2022 01:53:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 517069046 | | EDI: WFNNB.COM | Nov 11 2022 01:53:00 | Comenity Century 21, PO Box 659707, San Antonio, TX 78265-9707 |
| 517069047 | | EDI: WFNNB.COM | Nov 11 2022 01:53:00 | Comenity My Place Rewards, PO Box 659820, San Antonio, TX 78265-9120 |
| 517069048 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 10 2022 21:01:35 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2022 | Form ID: 3180W | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| 517069043 | | Email/Text: BNSFN@capitalsvcs.com | Nov 10 2022 21:05:00 | CCS First national Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 517069050 | | Email/Text: BNBLAZE@capitalsvcs.com | Nov 10 2022 21:05:00 | FSB Blaze, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 517069049 | + | EDI: AMINFOFP.COM | Nov 11 2022 01:53:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517282823 | | EDI: JPMORGANCHASE | Nov 11 2022 01:53:00 | JPMorgan Chase Bank, N.A., Mail Code: OH4-7142, 3415 Vision Drive, Columbus OH 43219 |
| 517069053 | | Email/Text: hcouto@v-k-i.net | Nov 10 2022 21:05:00 | LVNV Funding, c/o Valentine & Kebartus, PO Box 325, Lawrence, MA 01842-0625 |
| 517284659 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2022 21:12:35 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517069052 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 10 2022 21:05:00 | Lexus Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 517284582 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 10 2022 21:01:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517211508 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 10 2022 21:06:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517069054 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 10 2022 21:01:32 | Merrick Bank Corp, C/o Carson Smithfield LLC, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 517219319 | | EDI: PRA.COM | Nov 11 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517181430 | + | EDI: JEFFERSONCAP.COM | Nov 11 2022 01:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517298859 | | EDI: Q3G.COM | Nov 11 2022 01:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517299923 | | EDI: Q3G.COM | Nov 11 2022 01:53:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517069056 | | EDI: CAPITALONE.COM | Nov 11 2022 01:53:00 | Saks Fifth Ave, PO Box 71106, Charlotte, NC 28272-1106 |
| 517070870 | + | EDI: RMSC.COM | Nov 11 2022 01:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517097002 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 10 2022 21:05:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517992207 | | Email/PDF: bncnotices@becket-lee.com | Nov 10 2022 21:02:17 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517171333 | + | EDI: AIS.COM | Nov 11 2022 01:53:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517069057 | | EDI: VERIZONCOMB.COM | Nov 11 2022 01:53:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2022 | Form ID: 3180W | Total Noticed: 38 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517071388 | | Robert Alweiss, 50 Westminster Rd, Apt 3D |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor JPMorgan Chase Bank National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor Chase Records Center mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Nicholas Leonetti | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Robert L. Sweeney | on behalf of Debtor Silvia Zonana rsweeneylaw@aol.com G6120@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10